IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDITH LOUISE WHITE )<br>    Plaintiff, )<br>)<br>-vs- )<br>)<br>NANCY A. BERRYHILL, )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>    Defendant. ) | Civil Action No. 18-717 |

AMBROSE, Senior District Judge.

## **JUDGMENT**

AND NOW, this 24th of April, 2019, JUDGMENT is hereby entered in favor of the DEFENDANT and against the PLAINTIFF in the above-captioned matter. It is further ORDERED that the Clerk of Courts mark this case "Closed" forthwith

                      BY THE COURT:

                      /s/ Donetta W. Ambrose
                      Donetta W. Ambrose
                      United States Senior District Judge